UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

KEITH ALLEN ADCOX,  )
 )
    Plaintiff,  )
 )
v.  )    3:15-CV-125-PLR-CCS
 )
CAROLYN W. COLVIN,  )
Acting Commissioner of Social Security,  )
 )
    Defendant.  )

## JUDGMENT ORDER

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Judgment Order, the Report and Recommendation of the Magistrate Judge [R. 19] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

**IT IS ORDERED**, for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling, that the plaintiff's motion for summary judgment [R. 14] is **DENIED**; the Commissioner's motion for summary judgment [Doc. 16] is **GRANTED**; the Commissioner's decision in this case denying plaintiff's application for benefits under the Social Security Act is **AFFIRMED**; and this case is **DISMISSED**.

    Enter:

                                              /s/ Pamela L. Reeves
                                              **UNITED STATES DISTRICT JUDGE**